United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

IN RE SVB FINANCIAL GROUP
SECURITIES LITIGATION

Case No.  23-cv-01097-NW

**CASE-MANAGEMENT AND
PRETRIAL ORDER (JURY)**

---

TIAA-CREF INVESTMENT
MANAGEMENT, LLC, et al.,

Plaintiffs,

v.

GREGORY W. BECKER, et al.,

Defendants.

Case No. 24-cv-00478-NW

---

STEVEN J. BUCHANAN,

Plaintiff,

v.

GREGORY W. BECKER, et al.,

Defendants.

Case No. 24-cv-02684-NW

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to File Motion for Class Certification (if applicable) | **Motions**: January 9, 2026<br>**Responses**: January 23, 2026<br>**Replies**: January 30, 2026 |
| Hearing on Motion for Class Certification (if applicable) | March 4, 2026 |
| Close of Fact Discovery | March 13, 2026 |
| Opening Expert Reports | April 10, 2026 |
| Rebuttal Expert Reports | May 08, 2026 |

| Scheduled Event | Date |
|---|---|
| Close of Expert Discovery | May 29, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: June 19, 2026<br>**Responses**: July 03, 2026<br>**Replies**: July 10, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 12, 2026 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | September 30, 2026 |
| Final Pretrial Conference | October 14, 2026 at 2:00 p.m. |
| Trial | October 26, 2026 at 9:00 a.m. |
| Length of trial | Approx. 10 days |

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____

Noël Wise
United States District Judge