1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | SHAWN A. WILLIAMS (213113)
  | Post Montgomery Center
3 | One Montgomery Street, Suite 1800
  | San Francisco, CA  94104
4 | Telephone: 415/288-4545
  | 415/288-4534 (fax)
5 | shawnw@rgrdlaw.com
  |         – and –
6 | DARREN J. ROBBINS (168593)
  | LUKE O. BROOKS (212802)
7 | ERIKA L. OLIVER (306614)
  | JACK ABBEY GEPHART (345398)
8 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101-8498
9 | Telephone: 619/231-1058
  | 619/231-7423 (fax)
10 | darrenr@rgrdlaw.com
   | lukeb@rgrdlaw.com
11 | eoliver@rgrdlaw.com
   | jgephart@rgrdlaw.com
12 |
   | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al., | Case No. 5:24-cv-00478-NW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER |
| vs. | |
| GREGORY W. BECKER, et al., | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1 and 6-2 and this Court's July 8, 2025 Order (ECF 109) (the "July 8 Order"), Plaintiffs and Defendants in this Action (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to the following matters[1]:

WHEREAS, on January 25, 2024, Plaintiffs commenced this Action by filing the Complaint (ECF 1);

WHEREAS, on February 22, 2024, the Court determined that this Action is related to *In re SVB Financial Group Securities Litigation*, No. 3:23-cv-01097 (the "*SVB* Class Action") (ECF 27);

WHEREAS, the defendants in the *SVB* Class Action moved to dismiss the complaint in the *SVB* Class Action (*see SVB* Class Action, ECF 121, 125) (collectively, the "Class Motions to Dismiss")[2];

WHEREAS, on May 2, 2025, the Court granted the Parties' stipulation to stay this Action pending resolution of the Class Motions to Dismiss (ECF 104) (the "May 2 Order"), ¶1;

WHEREAS, on June 13, 2025, the Court denied the Class Motions to Dismiss (*SVB* Class Action, ECF 180);

WHEREAS, pursuant to the Court's May 2 and July 8 Orders, "discovery in this Action will proceed in coordination with the *SVB* Class Action following entry of a mutually agreeable protective order and shall not be stayed regardless of whether any defendant files a motion to dismiss this Action," and "[a]ll documents provided to the plaintiffs in connection with the *SVB* Class Action shall be concurrently provided to Plaintiffs in the Action" (May 2 Order, ¶3; *see also* July 8 Order at 2);

WHEREAS, pursuant to the July 8 Order, "[o]n or before July 17, 2025, the Parties shall file a joint submission concerning the plan for coordinating discovery between this Action and the *SVB* Class Action" (July 8 Order, ¶1);

---

[1] Unless otherwise defined herein, all capitalized terms have the same meaning as in the Stipulation and [Proposed] Order filed on March 25, 2024 (ECF 29).

[2] KPMG LLP also filed a motion to dismiss in the *SVB* Class Action. *See SVB* Class Action, ECF 123. KPMG LLP is not a defendant in this Action.

WHEREAS, the Parties recognize that this Action and the *SVB* Class Action, which shall be referred to collectively herein as the "Related Actions," involve similar allegations, causes of action, relevant time periods, and defendants, and discovery will likely overlap. Accordingly, to minimize the burden on the Court, avoid duplication of efforts, promote the efficient and speedy resolution of the Related Actions, and avoid the unnecessary expenditure of time, effort, and expense by the parties, courts, and witnesses associated with duplicative discovery, the Parties hereby adopt the following plan for coordinating discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties herein, subject to the Court's approval, as follows:

1. Plaintiffs in this Action will make reasonable efforts to coordinate with Lead Plaintiffs in the *SVB* Class Action on all aspects of discovery except as otherwise stated herein.[3]

2. Any requests for the production of documents served on Defendants and document subpoenas served on non-parties in the *SVB* Class Action shall be deemed served in this Action. Defendants' and non-parties' objections and responses to such requests for production shall likewise be deemed served in this Action. Any deadline set by the Court in the *SVB* Class Action for the substantial completion of the production of documents responsive to the requests served in the *SVB* Class Action and/or any deadline set by the Court for the completion of fact discovery in the *SVB* Class Action shall govern production of those documents in this Action as well, unless otherwise agreed upon by Plaintiffs and Defendants and/or ordered by the Court.

3. Any interrogatories and/or requests for admission served on Defendants in the *SVB* Class Action shall be deemed served in this Action. Likewise, Defendants' objections and responses to any such interrogatories and/or requests for admission in the *SVB* Class Action shall be deemed served in this Action. In addition, the combined Plaintiffs and combined Defendants are provided a total of five case-specific interrogatories per side in this Action to be served on all combined Plaintiffs and all combined Defendants (*i.e.*, not five per each Plaintiff or Defendant) in addition to the *SVB* Class Action interrogatories.

---

[3]  "Lead Plaintiffs" refers to the lead plaintiffs and additional plaintiffs in the *SVB* Class Action.

4. All discovery of Defendants in the *SVB* Class Action shall be deemed discovered in this Action, and, subject to the entry of a mutually agreeable protective order as referenced above, each Defendant shall provide all documents produced or provided by that Defendant in the *SVB* Class Action concurrently to Plaintiffs in the Action. In connection with this provision, the Parties agree to cooperate in seeking any necessary regulatory or other third-party approvals.

5. All discovery requests, document or deposition subpoenas, notices of deposition, and responses thereto in any of the Related Actions must be provided by Defendants to Plaintiffs, and Plaintiffs in this Action will be invited to participate in any meaningful discussions between Defendants and Lead Plaintiffs in the *SVB* Class Action concerning discovery, including the meet-and-confer process and discussions related to scope and the parameters and process of electronic discovery. Plaintiffs in this Action will make reasonable efforts to coordinate with Lead Plaintiffs in the *SVB* Class Action ahead of any meet-and-confers to ensure efficient and coordinated meet-and-confers and discussions.

6. Plaintiffs in this Action shall avoid serving duplicative document requests or written discovery. Nothing herein, however, shall preclude Plaintiffs in this Action from serving non-duplicative document requests and written discovery, to the extent otherwise permitted by law, stipulation of the Parties, or order of the Court.

7. Depositions noticed in the *SVB* Class Action shall be deemed noticed in this Action. Subject to the limitations set forth in Paragraph 11 below, deposition testimony of Defendants and non-parties taken in the *SVB* Class Action shall be deemed taken in this Action. Defendants agree to allow Plaintiffs in this Action to have meaningful participation in the depositions of Defendants and non-parties in the *SVB* Class Action, including the opportunity to examine the witnesses immediately following the conclusion of Lead Plaintiffs' depositions in the *SVB* Class Action. Plaintiffs in this Action will make reasonable efforts to coordinate with Lead Plaintiffs in the *SVB* Class Action ahead of any depositions to discuss logistics and timing to ensure Plaintiffs' efficient questioning.

8. For the avoidance of doubt, Plaintiffs' attendance at depositions in the *SVB* Class Action or questioning of witnesses immediately following them will in no way prejudice Lead

1  Plaintiffs' rights to full and complete depositions in the *SVB* Class Action as allowed under the
2  Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Civil Local Rules of the
3  District Court for the Northern District of California (the "Rules").  This includes Lead Plaintiffs'
4  right to the full time allowed per deposition under the Rules (or as agreed to by the Parties and/or
5  ordered by the Court) in the *SVB* Class Action.  Although the presumption is that witness
6  depositions will be limited to seven total hours of examination per witness, Defendants agree to
7  allow a reasonable amount of time for non-duplicative examination by Plaintiffs in this Action
8  immediately following the conclusion of the deposition in the *SVB* Class Action.  Any such
9  examination by Plaintiffs in this Action will not detract from the deposition time that Lead
10 Plaintiffs in the *SVB* Class Action are entitled to, which is unaffected by this Stipulation and
11 [Proposed] Order.

12       9.    In the event that Plaintiffs' counsel in this Action is excluded from a deposition
13 noticed in the *SVB* Class Action for any reason, this Stipulation and [Proposed] Order shall in no
14 way be used to limit Plaintiffs' right to pursue a deposition in this Action, whether or not such
15 deposition is duplicative of a deposition taken in the *SVB* Class Action.

16       10.   Plaintiffs in this Action and Defendants have not agreed to the number of non-
17 duplicative depositions that each side in this Action should be permitted to take in addition to the
18 depositions in the *SVB* Class Action.  The Parties agree that each side should be permitted to take
19 a limited number of additional, non-duplicative depositions, however, the precise number will be
20 determined at a later date.

21       11.   Plaintiffs in this Action and Defendants agree that Plaintiffs in this Action should
22 have access to non-party discovery in the *SVB* Class Action, except any discovery: (a) solely and
23 directly related to the investment decisions, standing, typicality, or adequacy of representation of
24 Lead Plaintiffs in the *SVB* Class Action; and/or (b) produced by any third-party related solely and
25 directly to Lead Plaintiffs in the *SVB* Class Action.  The Parties have not yet agreed on the process
26 for coordinating non-party discovery and will continue to meet-and-confer regarding those
27 mechanics.
28

1   12. For the avoidance of doubt, any interrogatories served on Defendants in this Action and any depositions taken by Plaintiffs in this Action shall not be deemed to count against Lead Plaintiffs' allotment of interrogatories or depositions in the *SVB* Class Action as allowed under the Rules or as agreed to by the parties and/or ordered by the Court in the *SVB* Class Action.

13. Nothing in this Stipulation and [Proposed] Order affects the rights of Lead Plaintiffs in the *SVB* Class Action under the Rules.

**IT IS SO STIPULATED**.

DATED: July 17, 2025     ROBBINS GELLER RUDMAN
    & DOWD LLP
DARREN J. ROBBINS
LUKE O. BROOKS
ERIKA L. OLIVER
JACK ABBEY GEPHART

    *s/ Erika L. Oliver*
ERIKA L. OLIVER

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
lukeb@rgrdlaw.com
eoliver@rgrdlaw.com
jgephart@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Attorneys for Plaintiffs

DATED: July 17, 2025     GIBSON, DUNN & CRUTCHER

    *s/ Michael D. Celio*
MICHAEL D. CELIO

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    | MICHAEL D. CELIO |
|    |    | (mcelio@gibsondunn.com) |
| 3  |    | One Embarcadero Center, Suite 2600 |
|    |    | San Francisco, CA 94111-3715 |
| 4  |    | Tel: (415) 393-8200 |
|    |    | Fax: (415) 393-8306 |

MICHAEL D. CELIO
(mcelio@gibsondunn.com)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Tel: (415) 393-8200
Fax: (415) 393-8306

DARREN A. LAVERNE (*pro hac vice* forthcoming)
(dlaverne@gibsondunn.com)
DANIEL KETANI, *admitted pro hac vice*
(dketani@gibsondunn.com)
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendant Daniel J. Beck*

DATED: July 17, 2025        WILMER CUTLER PICKERING HALE
                              AND DORR LLP


                               *s/ Christopher W. Johnstone*
                            CHRISTOPHER W. JOHNSTONE

CHRISTOPHER W. JOHNSTONE
(chris.johnstone@wilmerhale.com)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000

PETER G. NEIMAN (appearance *pro hac vice*)
(peter.neiman@wilmerhale.com)
JESSICA N. DJILANI (appearance *pro hac vice*)
(jessica.djilani@wilmerhale.com)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800

*Counsel for Defendant Karen Hon*

DATED: July 17, 2025        WILMER CUTLER PICKERING HALE
                              AND DORR LLP


                               *s/ Michael G. Bongiorno*
                            MICHAEL G. BONGIORNO

STIPULATION AND [PROPOSED] ORDER - 5:24-cv-00478-NW                    - 6 -

|     |     |     |
| --- | --- | --- |
| 1   |     | MICHAEL G. BONGIORNO (appearance *pro hac vice*) |
| 2   |     | (michael.bongiorno@wilmerhale.com) |
| 3   |     | 250 Greenwich Street, 45th floor |
| 4   |     | New York, NY 10007<br>Tel: (212) 230-8800 |

MICHAEL G. BONGIORNO (appearance *pro hac vice*)
(michael.bongiorno@wilmerhale.com)
250 Greenwich Street, 45th floor
New York, NY 10007
Tel: (212) 230-8800

ERIKA M. SCHUTZMAN (appearance *pro hac vice*)
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

JESSICA L. LEWIS
(jessica.lewis@wilmerhale.com)
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Tel: 650-858-6000

*Counsel for Defendants Roger F. Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, John F. Robinson, Garen K. Staglin*

DATED: July 17, 2025             EHRLICH & CRAIG LLP

                                 *s/ Miles Ehrlich*
                                 MILES EHRLICH

                                 MILES EHRLICH
                                 (miles@ehrlich-craig.com)
                                 EMILY BERRY
                                 (emily@ehrlich-craig.com)
                                 803 Hearst Avenue
                                 Berkeley, CA 94710
                                 Tel: (510) 548-3600

                                 *Counsel for Defendant Greg W. Becker*

DATED:  July 17, 2025            DLA PIPER LLP

                                 *s/ Richard H. Zelichov*
                                 RICHARD H. ZELICHOV

STIPULATION AND [PROPOSED] ORDER - 5:24-cv-00478-NW                    - 7 -

|    |                        |                                                                                                                                                                                  |
|----|------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                        |                                                                                                                                                                                  |
| 2  |                        | RICHARD H. ZELICHOV<br>(richard.zelichov@us.dlapiper.com)<br>2000 Avenue of the Stars, Suite 400 N. Tower<br>Los Angeles, CA 90067<br>Tel: (310) 595-3000                         |
| 3  |                        |                                                                                                                                                                                  |
| 4  |                        |                                                                                                                                                                                  |
| 5  |                        | BING SUN<br>(bing.sun@us.dlapiper.com)<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Tel: (415) 836-2500                                                       |
| 6  |                        |                                                                                                                                                                                  |
| 7  |                        |                                                                                                                                                                                  |
| 8  |                        | KATTEN MUCHIN ROSENMAN LLP<br>BRUCE G. VANYO<br>(bruce@katten.com)<br>PAUL S. YONG<br>(paul.yong@katten.com)<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Tel: (310) 788-4400 |
| 9  |                        |                                                                                                                                                                                  |
| 10 |                        |                                                                                                                                                                                  |
| 11 |                        |                                                                                                                                                                                  |
| 12 |                        |                                                                                                                                                                                  |
| 13 |                        | *Counsel for Defendant John S. Clendening*                                                                                                                                       |
| 14 | DATED: July 17, 2025   | ALLEN OVERY SHEARMAN<br>  STERLING US LLP                                                                                                                                        |
| 15 |                        |                                                                                                                                                                                  |
| 16 |                        |                                                                                                                                                                                  |
| 17 |                        |     *s/ Daniel H.R. Laguardia*<br>DANIEL H.R. LAGUARDIA                                                                                                      |
| 18 |                        | DANIEL H.R. LAGUARDIA (SBN 314654)<br>(daniel.laguardia@aoshearman.com)<br>140 New Montgomery Street, 10th Floor<br>San Francisco, CA 94105<br>Tel: (415) 796-4160                |
| 19 |                        |                                                                                                                                                                                  |
| 20 |                        |                                                                                                                                                                                  |
| 21 |                        |                                                                                                                                                                                  |
| 22 |                        | ADAM HAKKI (appearance *pro hac vice*)<br>(adam.hakki@aosherman.com)<br>DANIEL LEWIS (appearance *pro hac vice*)<br>(daniel.lewis@aoshearman.com)<br>JOSHUA EBERSOLE (appearance *pro hac vice*)<br>(joshua.ebersole@aoshearman.com)<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 848-4000 |
| 23 |                        |                                                                                                                                                                                  |
| 24 |                        |                                                                                                                                                                                  |
| 25 |                        |                                                                                                                                                                                  |
| 26 |                        |                                                                                                                                                                                  |
| 27 |                        | *Counsel for Defendants Goldman Sachs & Co. LLC and BofA Securities, Inc.*                                                                                                       |
| 28 |                        |                                                                                                                                                                                  |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2025

_____
Susan van Keulen
UNITED STATES MAGISTRATE JUDGE

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I do hereby attest that each signatory has concurred in this filing.

DATED: July 17, 2025

<i>s/ Erika L. Oliver</i><br>ERIKA L. OLIVER